UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X
KENNETH PASQUARIELLO,

             Plaintiff,                          CIVIL ACTION
                                                    NO. 04-11852 (NMG)

v.

NATIONAL RAILROAD PASSENGER CORP.
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

             Defendant
-------------------------------------------------------X

## INITIAL DISCLOSURE OF PLAINTIFF, KENNETH PASQUARIELLO

A.    <u>Identity of Persons Likely to have Discoverable Information</u>

    1.    Kenneth Pasquariello
            1989 Falmouth Road
            Centerville, MA 02632

    2.    Steven Merrill
            c/o Amtrak

    3.    Carl Senftleben
            c/o Amtrak

    4.    Martin LaCarbonara
            c/o Amtrak

    5.    David Macartney
            Building Code Expert
            Code Constructing Services
            45 Howard Street
            South Easton, MA 02375

    6.    Dr. John A. Hamjian
            2 Lynxholm Court
            Hyannis, MA 02601

7.    Dr. David Kim
New England Baptist Bone & Joint Institute
125 Parker Hill Avenue
Boston, MA 02120

8.    Dr. Robert C. Leaver
Neurosurgeons of Cape Cod, P.C.
Cape Cod Medical Center
40 Quinlan Way
Hyannis, MA 02601

9.    Dr. Douglas C. Pollard
35 Cedar Street
Hyannis, MA 02601

B.    <u>Description by Category and Location of Documents Relevant to
Disputed Facts</u>

1.    Beth Israel Deaconess Medical Center
9 Hope Avenue
Waltham, MA 02453

2.    Physiotherapy Associates
Yarmouth Physical Therapy
1663 Falmouth Road
Centerville, MA 02632

3.    Weymouth MRI
MRI Diagnostic Center
420 Libbey Parkway
Weymouth, MA 02189

4.    Shields MRI & Imaging of Cape Cod
2 Lyannough Road
Hyannis, MA  02601

5.    Dr. John A. Hamjian
2 Lynxholm Court
Hyannis, MA 02601

6.     Dr. David Kim
       New England Baptist Bone & Joint Institute
       125 Parker Hill Avenue
       Boston, MA 02120


7.     Dr. Robert C. Leaver
       Neurosurgeons of Cape Cod, P.C.
       Cape Cod Medical Center
       40 Quinlan Way
       Hyannis, MA 02601

8.     Dr. Douglas C. Pollard
       35 Cedar Street
       Hyannis, MA 02601

9.     OSHA Records

10.    Transportation Safety Committee Meeting Records

11.    Photographs of stairs


These documents are located at the law firm of Thornton & Naumes, LLP, 100 Summer Street, 30th Floor, Boston, MA 02110.


C.     Computation of Damages

       This is a claim under the Federal Employees' Liability Act for a back injury sustained by the Plaintiff as a result of an incident at the Waltham Tower. The Plaintiff is making a claim for pain and suffering, loss of earning capacity and any outstanding medical bills. Plaintiff's attorney will supplement this disclosure as more information becomes available.


D.     Insurance Agreements

       Not applicable for Plaintiff.

Respectfully Submitted,
Kenneth Pasquariello
By His Attorney


DATE: _10-7-04_

_____
Robert T. Naumes, Esquire
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
617-720-1333
Attorney for the Plaintiff
BBO #068620

**<u>Certificate of Service</u>**

       I hereby certify that on October 7, 2004, I served the foregoing Initial Disclosure of the Plaintiff by electronic filing to:

> Paul J. Sahovey, Esq.
> M.B.T.A. Legal Dept.
> Ten Park Plaza
> Boston, MA 02116-3974

10-7-04
_____
Date

_____
Robert T. Naumes