UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-11852 NMG

| | |
|---|---|
| KENNETH PASQUARIELLO,<br>    Plaintiff | *<br>*<br>* |
| vs. | *<br>* |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>And MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | *<br>*<br>*<br>*<br>* |

### RULE 16(O)(3) CERTIFICATION

This is to certify that the Defendants, National Railroad Passenger Corporation and the Massachusetts Bay Transportation Authority, and their counsel, Paul J. Sahovey, Esq. have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. National Railroad Passenger Corporation and the Massachusetts Bay Transportation Authority, and their counsel, Paul J. Sahovey, Esq. have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and needs to develop further information before it can decide whether the case is appropriate for settlement, ADR or full litigation.

_____
Paul J. Sahovey

_____
Seth A. Starr
National Railroad
Passenger Corporation

_____
Jonathan P. Feltner
First Assistant General
Counsel - Trials
Massachusetts Bay
Transportation Authority

Dated:    December 8, 2004