UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 04-11852-NMG

| | |
|---|---|
| KENNETH PASQUARIELLO,<br>    Plaintiff<br><br>vs.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION AND<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>    Defendants | **STIPULATION OF DISMISSAL** |

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
By their attorney,

_____
Paul J. Sahovey, Esq.
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA 02116
BBO #437900

Plaintiff
KENNETH PASQUARIELLO

By his attorney,

_____
Robert T. Naumes, Esq.
Thornton & Naumes
100 Summer Street
Boston, MA 02110